# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ELVIN EUGENE BRUNKER | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-05-00402-001 DLJ<br>BOP Case Number: DCAN405CR000402-001<br>USM Number:       ELVIN EUGENE BRUNKER<br>Defendant's Attorney : Joyce Leavitt |

**THE DEFENDANT:**
[x]  admitted guilt to violation of condition(s) <u>Charges One through Nine of Petition regarding the</u> term of supervision.
[ ]  was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

May 23, 2008
Date of Imposition of Judgment

Signature of Judicial Officer

Honorable D. Lowell Jensen, U. S. District Judge
Name & Title of Judicial Officer

May  27,  2008
Date

DEFENDANT: ELVIN EUGENE BRUNKER                                            Judgment - Page 2 of 3
CASE NUMBER:    CR-05-00402-001 DLJ

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge One | Violation of special condition number one to participate in program of testing and treatment for drug/alcohol abuse | 4/3/07; 4/9/07; 4/18/07; 6/4/07; 6/20/07; 7/5/07 and 7/11/07 |
| Charge Two | Violation of standard conditition number three to truthfully answer all inquiries by probation officer | 6/7/07 |
| Charge Three | Violation of standard condition number six to notify probation officer at least ten days prior to any change in residence | 7/12/07 |
| Charge Four | Violation of standard condition number nine to not associate with any persons engaged in criminal activity | 6/8/07 |
| Charge Five | Violation of standard condition number eleven to notify probation officer within 72 hours of being questioned by law enforcement | 6/8/07 |
| Charge Six | Violation of standard condition number two to submit truthful and complete written report within first five days of each month | 6/29/07 |
| Charge Seven | Violation of standard condition that he not commit another federal, state or local crime | 7/4/07 |
| Charge Eight | Violation of standard condition that he not commit another federal, state or local crime | 7/16/07 |
| Charge Nine | Violation of standard condition number eleven to notify probation officer within 72 hours of being questioned by law enforcement | 7/16/07 |

## IMPRISONMENT

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | ELVIN EUGENE BRUNKER | Judgment - Page 3 of 3 |
| CASE NUMBER: | CR-05-00402-001 DLJ | |

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months .
**No term of supervised release imposed.**

[**x**]   The Court makes the following recommendations to the Bureau of Prisons:
that the defendant be housed in Taft facility or as close to Arizona as possible.

[**x**]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]   The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal